# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

Roosevelt A. Wilkins

735 Shawmut Ave Apt 312

Roxbury, MA 02119

Email: rooseveltwilkins032@gmail.com

Plaintiff, Pro Se

v.

Experian Information Solutions, Inc.

P.O. Box 4500

Allen, TX 75013

Merrick Bank Corp.

Attn: Credit Reporting Department

10705 South Jordan Gateway

South Jordan, UT 84095

LVNV Funding LLC

55 Beattie Place, Suite 110

Greenville, SC 29601

Defendants

---

# COMPLAINT FOR VIOLATIONS OF THE FAIR CREDIT REPORTING ACT AND FAIR DEBT COLLECTION PRACTICES ACT

## I. PARTIES

1. Plaintiff Roosevelt A. Wilkins is a natural person residing at:

735 Shawmut Ave Apt 312

Roxbury, MA 02119

2. Defendant Experian Information Solutions, Inc. is a consumer reporting agency within the meaning of 15 U.S.C. §1681a(f).

3. Defendant Merrick Bank Corp. is a furnisher of credit information within the meaning of 15 U.S.C. §1681s-2.

4. Defendant LVNV Funding LLC is a debt collector and debt buyer within the meaning of 15 U.S.C. §1692a and regularly collects consumer debts.

## II. JURISDICTION AND VENUE

5. Jurisdiction exists under 28 U.S.C. §1331 because claims arise under the FCRA and FDCPA.

6. Venue is proper because Defendants conduct business in this District and Plaintiff resides here.

## III. FACTUAL ALLEGATIONS

7. Plaintiff obtained credit reports and discovered multiple inaccurate tradelines including a charged-off account and collection account.

8. Plaintiff submitted written disputes and validation demands to Defendants.

9. Plaintiff filed a CFPB complaint outlining:

    - improper past-due balance on a charge-off
    - unlawful re-aging via false recent activity
    - addition of delinquencies after charge-off
    - inconsistent bureau reporting
    - continued updating of closed account

10. Despite disputes and demands, Defendants failed to conduct reasonable investigations and continued inaccurate reporting.

11. Plaintiff also disputed a collection account and requested validation, which was not provided.

12. As a result, Plaintiff suffered credit denials, rental denials, financial harm, and emotional distress.

## IV. CHRONOLOGICAL TIMELINE OF EVENTS

July 16, 2020

1. Plaintiff made the last payment on the charged-off account later reported by Defendants.

July 2020

2. Account was closed and charged off.

November 11, 2025

3. Plaintiff sent a final demand for validation and deletion to Merrick Bank requesting proof of debt, itemized accounting, and verification of reporting authority.

November 24, 2025

4. Plaintiff filed a CFPB complaint describing inaccurate reporting, including improper past-due balance, re-aging, and inconsistent bureau reporting.

November 25, 2025

5. Plaintiff submitted dispute to Experian challenging inaccurate charge-off reporting and requesting reinvestigation.

December 3, 2025

6. Company response to CFPB indicated alleged authorization issue while failing to resolve inaccurate reporting.

Undated (Debt Validation Letter)

7. Plaintiff submitted FDCPA validation demand for $295 collection account requesting original creditor, chain of assignment, and accounting.

Through 2021–2025

8. Defendants continued reporting updates, delinquencies, balances, and activity on a closed charged-off account.

Present

9. Plaintiff continues to suffer credit denials, rental denials, financial harm, and emotional distress.

## IV. CAUSES OF ACTION

### Count I — Failure to Reinvestigate (FCRA §1681i)

13. Defendants failed to perform reasonable reinvestigations after receiving disputes.

### Count II — Failure to Assure Maximum Possible Accuracy (FCRA §1681e(b))

14. Defendants reported inaccurate balances, dates, and status information.

### Count III — Furnisher Liability (FCRA §1681s-2(b))

15. Merrick Bank failed to investigate and correct inaccurate information after notice from CRAs.

### Count IV — Misrepresentation of Debt (FDCPA §1692e)

16. Collection agency misrepresented the character and amount of the alleged debt.

### Count V — Failure to Validate Debt (FDCPA §1692g)

17. Collection agency failed to provide requested validation while continuing collection/reporting.

---

## V. DAMAGES

18. Plaintiff suffered:

- credit denials
- rental denials
- higher borrowing costs
- emotional distress
- loss of financial opportunity

19. Violations were willful and/or negligent.

## VI. PRAYER FOR RELIEF


## EXHIBITS

Exhibit A — Debt Validation Request

- FDCPA validation demand for alleged $295 collection account

Exhibit B — CFPB Complaint

- Complaint detailing inaccurate reporting, re-aging, and harm

Exhibit C — Experian Dispute Letter

- Written reinvestigation request regarding inaccurate Capital One charge-off

Exhibit D — Merrick Bank Final Demand

- Furnisher validation demand and notice of FCRA liability

Exhibit E — Credit Report (TO BE ATTACHED BY PLAINTIFF)

- Consumer credit report showing inaccurate tradelines, balances, dates, and status reporting

Plaintiff incorporates all exhibits as if fully set forth herein. The exhibits are true and correct copies of correspondence, complaints, and credit reporting records relied upon in support of this action.

Plaintiff requests:

- statutory damages
- actual damages
- punitive damages
- deletion/correction of tradelines
- attorney fees and costs
- injunctive relief
- any other relief deemed proper

---

# VII. JURY DEMAND

Plaintiff demands trial by jury.

---

# Signature block

Roosevelt A. Wilkins

Pro Se Plaintiff

Date: _____